UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60090-CR-ZLOCH

UNITED STATES OF AMERICA

vs.

BRIAN KEITH DUNN,

Defendant.

_____/

## FACTUAL PROFFER

The United States of America and BRIAN KEITH DUNN ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

1. In early 2013, DUNN responded to a www.craigslist.com advertisement posted by 14 year old minor victim, J.J. J.J. and DUNN exchanged e-mail messages utilizing Craigslist's e-mail service. During these communications DUNN and JJ discussed meeting for sexual activity. J.J. told DUNN that he was fifteen (15) years old (he was actually only 14).

2. In August 2013, DUNN again made contact with J.J. via text messaging. In the messages, DUNN made sexual inquiries and comments to J.J. Unbeknownst to DUNN, the phone which DUNN was texting belonged to J.J.'s mother. After reading the text messages, J.J.'s mother contacted the police and thereafter gave custody of her phone to Detective Keechle

at the Lauderhill Police Department. Believing he was communicating with J.J., DUNN attempted to arrange a meeting with J.J. The text messages detailed what DUNN expected to happen when he met J.J. DUNN instructed J.J. to wear basketball shorts without underwear and further told J.J. that when he entered DUNN's vehicle, he (J.J.) should begin to masturbate. From approximately September 10, 2013, through October 9, 2013, Detective Keechle, acting in an undercover capacity as J.J., exchanged additional text messages with DUNN. Several of these exchanges made reference to the fact that J.J. was a minor, was under the age of heighten (18) and was in school.

3.     A meeting between DUNN and the person he believed to be J.J. was arranged for October 9, 2013 at Westwind Park in Lauderhill, Florida. On that date, DUNN spoke, via cellular telephone, to a person he thought was J.J. but who was actually Detective Keechle. Following this conversation, surveillance teams observed DUNN departing his residence and driving to the prearranged meeting location at Westwind Park in the City of Lauderhill. When DUNN arrived at the location, he was arrested by the Lauderhill Police Department and charged with traveling to meet a minor and lewd or lascivious battery of a minor under the age of 16.

4.     On October 22, 2013 a search warrant, issued in the United States District Court for the Southern District of Florida, was executed at Dunn's residence, 5820 West Sample Road, Apartment 203, Coral Springs, Florida. Pursuant to the search, several electronic devices, including a laptop and desktop computer, were located.

5.     The communication between J.J. and Dunn was done via the Internet which is a means and facility of interstate commerce.

6. The foregoing events occurred in Broward County, in the Southern District of Florida. This factual proffer is not intended as a complete recitation of the defendant's activities in this case. It is submitted solely to provide a factual basis for the defendant's guilty plea.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: August 15, 2014    By: _____
M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTY

Date: August 15, 2014    By: _____
ROBERT BERUBE
ATTORNEY FOR BRIAN KEITH DUNN

Date: August 15, 2014    By: _____
BRIAN KEITH DUNN
DEFENDANT